

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **ERIC PAYNE,** *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:06-CV-614** |
| | § | |
| **MITCH WOODS, in his official** | § | |
| **capacity as Jefferson County Sheriff,** | § | |
| **and JEFFERSON COUNTY, TEXAS,** | § | |
| | § | |
| *Defendants.* | § | |

### FINAL JUDGMENT

Pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, the Local Rules of The United States District Court for the Eastern District of Texas, Appendix B, and order of the District Court, this matter is before the undersigned United States Magistrate Judge, at Beaumont, Texas, for all proceedings and entry of judgment in accordance with the consent of the parties.

The Court, having considered the issues presented in this civil action and entered its findings of fact and conclusions of law, finding in favor of the Defendants, hereby **ORDERS, ADJUDGES** and **DECREES** that Plaintiffs take nothing of and from their claims against the Defendants. All relief which is not specifically granted herein, and all pending motions not previously ruled upon,

are denied.  The Clerk of Court is directed to close this civil action.

**SIGNED this the 30th day of September, 2008.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE